# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY ___ D.C.
05 JUL 26 AM 8:30
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JAMES BERNARD,

    Plaintiff,

v.

BNSF RAILWAY CO.,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NO: 04-3008 Ml/V

## JUDGMENT

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, entered July 25, 2005, this case is DISMISSED.

APPROVED:

_/s/ Jon P. McCalla_
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

July 25, 2005
DATE

THOMAS M. GOULD
Clerk of Court

_/s/ Judy Easley_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-26-05

(4)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:04-CV-03008 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

Richard B. Fields
LAW OFFICE OF RICHARD B. FIELDS
688 Jefferson Ave.
Memphis, TN 38105--193

Honorable Jon McCalla
US DISTRICT COURT